A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Dec 18, 2008

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Dec 02, 2008

FILED
CLERK'S OFFICE

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION**

(SEE ATTACHED SCHEDULE)

MDL No. 1715

FILED: DECEMBER 18, 2008
08CV7279
JUDGE ASPEN

**CONDITIONAL TRANSFER ORDER (CTO-52)** DAJ

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 340 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 18, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: DECEMBER 31, 2008

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                               MDL No. 1715

## SCHEDULE CTO-52 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 1 08-873 | Kellie H. Allgood v. Ameriquest Mortgage Co., et al. |
| **ALABAMA NORTHERN** | |
| ALN 2 08-2096 | Daniel J. Whitaker, et al. v. Ameriquest Mortgage Co., et al. |
| **CALIFORNIA CENTRAL** | |
| CAN 2 08-6302 | Cedric Peterson v. Argent Mortgage Co., LLC, et al. |
| **GEORGIA NORTHERN** | |
| GAN 1 08-3466 | Freddie Butler, Jr., et al. v. Ameriquest Mortgage Co., et al. |
| **GEORGIA SOUTHERN** | |
| GAS 2 08-143 | Alfred Johnson v. Ameriquest Mortgage Co., et al. |
| GAS 2 08-150 | Ted A. Corbin, et al. v. Ameriquest Mortgage Co., et al. |